[No. 7211–4–II. Division Two. October 21, 1986.]

ROBERT E. HUESERS, *Appellant,* v. RICHARD S. KING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–01415–5, E. Albert Morrison, J., entered August 1, 1983. *Reversed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 8214–4–II. Division Two. October 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. VA PHIM, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00734–8, James D. Ladley, J., entered October 11, 1984. *Affirmed* by unpublished opinion per Swayze, J. Pro Tem., concurred in by Dolliver and Hanley, JJ. Pro Tem.

[No. 7793–1–II. Division Two. October 21, 1986.]

LORAINE R. MURPHY, *Appellant,* v. MORRIS J. LOVELESS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–2–00679–1, Frank E. Baker, J., entered April 30, 1984. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 15956–9–I. Division One. October 27, 1986.]

NORMAN LYNN, ET AL, *Respondents,* v. MICHAEL R. ALFIERI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–02739–0, Charles V. Johnson, J., entered January 3, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Grosse, J., and Revelle, J. Pro Tem.